UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

HERMAN DUTY,

    Plaintiff/Counter-Defendant,

v.      Case No. 09-cv-693-JPG

AMERICAN RIVER TRANSPORTATION
COMPANY,

    Defendant/Counter-Claimant.

## MEMORANDUM AND ORDER

This matter comes before the Court on the above-captioned parties' Stipulation of Dismissal[1] (Doc. 56) with prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation. Accordingly, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: October 15, 2010**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**

---

[1] Defendant/Counter-Claimant American River Transportation Company improperly docketed the stipulation as a notice of voluntary dismissal.